# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY X. KELLEY, | Case No.:  2:22-cv-01777 DJC CKD (HC) |
|     Plaintiff, | |
|     v. | **ORDER** |
| DAVID BREWER, | |
|     Defendant. | |

Plaintiff has filed a Motion for Reconsideration of the Court's May 15, 2023 Order. (ECF No. 19.) However, Plaintiff also previously filed a notice of appeal of this order (ECF No. 18.) The Ninth Circuit has confirmed receipt of this appeal (ECF No. 20). As such, this Court no longer has jurisdiction over this matter as a notice of appeal regarding this matter has been filed. *Natural Res. Def. Council, Inc. v. Southwest Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001) ("Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed.")

///

///

///

1

1 | Accordingly, Plaintiff's Motion for Reconsideration (ECF No. 19) is DENIED.
2 | **IT IS SO ORDERED.**

Dated:  June 2, 2023                          /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE